# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

| | |
|---|---|
| United States of America | |
| Plaintiff, | |
| v. | Case No.: 1:18−cv−04598 |
| | Honorable Robert M. Dow Jr. |
| Khaleel Ahmed | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Defendant failed to appear. Plaintiff's motion to file under seal its brief in opposition to Defendant's motion to dismiss for failure to state a claim [18] is granted. Government's oral motion to seal briefs that are due on 11/14/2018, is granted. Anyone that has an objection, they are to file a motion and notice it up for presentment. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.